IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Realogic Solutions, LLC, | : | Bankruptcy No.: 25-23384 |
| Debtor | : | |
| | : | Chapter 7 |
| Realogic Solutions, LLC, | : | |
| | : | Related to Document No.1 |
| v. | : | |
| No Respondent | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
X____ Schedule E - Creditors Holding Unsecured Priority Claims
Check one:
X____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
X____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
Check one:
X____Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)

_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other ______________________________________________

Date: February 6, 2026

*/s/ David L. Fuchs*
DAVID L. FUCHS
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA 15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)
dfuchs@fuchslawoffice.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

AMENDED

**Fill in this information to identify the case:**

Debtor: Realogic Solutions LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 25-23384

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br>Christopher Flaesch<br>10304 Elizabeth Street<br>Great Falls, VA 22066<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $58,600.00 | $17,150.00 |
| **2.2 Priority creditor's name and mailing address**<br>Cynthia Frazier<br>4824 Crumb Cake Drive<br>Keller, TX 76244<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,150.00 | $17,150.00 |
| **2.3 Priority creditor's name and mailing address**<br>David Panesso<br>c/o David N. Truman, Esq.<br>4700 Rockside Road<br>Independence, OH 44131<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Undetermined | $ |

AMENDED

Debtor Realogic Solutions LLC
Name

Case number (if known) 25-23384

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.4 Priority creditor's name and mailing address**

Erik Sobkiewicz
19 N. Jefferson Street
Carthage, NY 13619

Total claim: $28,700.00 — Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5 Priority creditor's name and mailing address**

John Burke
2263 Hill Lande
Batavia, IL 60510

Total claim: $27,000.00 — Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.6 Priority creditor's name and mailing address**

Laura Ruggiero
c/o Donald A. Mausar, Esq.
5990 West Creek Road, Suite 200
Independence, OH 44131

Total claim: $Undetermined — Priority amount: $____________

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.7 Priority creditor's name and mailing address**

Martin Disterheft
174 Edgemere Way S.
Naples, FL 34105

Total claim: $89,000.00 — Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

AMENDED

Debtor Realogic Solutions LLC
Name

Case number (if known) 25-23384

**Part 1.** Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** **Priority amount**

**2.8 Priority creditor's name and mailing address**
Michael Richard
53208 Weeping Willow Court
South Lyon, MI 48178

Total claim: $41,000.00
Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** __________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** __________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.9 Priority creditor's name and mailing address**
Mike Keating
228 Locust Drive
Clifton, NJ 07013

Total claim: $17,150.00
Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** __________

**Basis for the claim:** Contributions to employee benefits

**Last 4 digits of account number** __________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5)

**2.10 Priority creditor's name and mailing address**
Richard E. McDonald
642 Schenley Road
Leechburg, PA 15656

Total claim: $98,700.00
Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** __________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** __________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.11 Priority creditor's name and mailing address**
William Bangert
284 Belleair Drive NE
Saint Petersburg, FL 33704

Total claim: $78,000.00
Priority amount: $17,150.00

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** __________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** __________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

AMENDED

Debtor Realogic Solutions LLC Case number (if known) 25-23384

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Allstate Benefits
4920 San Pablo Rd South
Jacksonville, FL 32224

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 28,000.00

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
ASR Health
c/o Magis Advisory Group
50 Public Square
Cleveland, OH 44113

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 84,000.00

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Bill.com
6220 America Center Drive,
San Jose, CA 95002

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 535,000.00

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Chase Card Services
PO Box 15548
Wilmington, DE 19886-5548

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 31,970.93

**Date or dates debt was incurred** ______
**Last 4 digits of account number** 5037

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
CSC
251 Little Falls Drive
Wilmington, DE 19808-1674

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,257.50

**Date or dates debt was incurred** 03/25/2024
**Last 4 digits of account number** 861159-29514

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
David Joyner
1063 Valley View Circle
Sevierville, TN 37876

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 203,000.00

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

AMENDED

Debtor Realogic Solutions LLC
Name
Case number (if known) 25-23384

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

James Brian Joyner
434 Murphy Road
Maryville, TN 37801

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 178,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**3.8 Nonpriority creditor's name and mailing address**

Krutch Software Inc.
5830 E 2nd Street
Ste 7000 #24249
Casper, WY 82609

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 43,178.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

LexisNexis
9443 Springboro Pike
Bldg. 4, Floor 2
Miamisburg, OH 45342

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 147.59

**Basis for the claim:** Services

**Date or dates debt was incurred** 08/31/2025

**Last 4 digits of account number** 425762Y87

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

The ETC Companies
PO Box 700970
San Antonio, TX 78270

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,700.00

**Basis for the claim:** Services

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

Trend Designers LLC
6056 County Road 35
Auburn, IN 46706

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 50,000.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

AMENDED



## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 455,300.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 1,159,254.02 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,614,554.02 |