ML METZ LEWIS
BRODMAN MUST O'KEEFE

444 Liberty Ave. | Suite 2100 | Pittsburgh, PA 15222 | 412.918.1100 | www.metzlewis.com

May 28, 2026

***VIA EMAIL ONLY*** *(*crawfordmcdonald@aol.com*)*
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

**RE: Engagement of Metz Lewis Brodman Must O'Keefe LLC (the "Firm")**

Dear Rosemary:

We are pleased to have the opportunity to be of service to you as the Chapter 7 Trustee. We look forward to working with you and will do our best to provide high quality legal services in a responsive, efficient manner. Fundamental to a sound relationship is a clear understanding of the terms and conditions upon which we will be providing legal services. Accordingly, the purpose of this letter is to clarify and confirm these terms and conditions.

**Scope of Services.** You asked the Firm (sometimes referred to herein as "**us**" or "**we**") to represent you in your capacity as the Chapter 7 Trustee in bankruptcy of Realogic Solutions, LLC, WDPA Case No. 25-23384 as Special Counsel in connection with certain bankruptcy matters. We have accepted the engagement. We may also represent you in such other matters as you may refer to us from time to time. Unless we otherwise agree, any such engagement accepted by us will be subject to the terms and conditions set forth in this letter.

**Staffing.** I will be the attorney primarily responsible for the representation, along with the assistance of others as appropriate from time to time. When questions or comments arise about our services, staffing, billings, or other aspects of our representation, please contact me. My direct telephone number is (412) 918-1112. It is important to me that you are satisfied with the quality and timeliness of our services. We intend to provide quality legal services in an efficient, economical manner. This may necessitate involving other of the Firm's attorneys, paralegals, and other staff with relevant experience.

**Responsibilities.** In reliance upon information and guidance provided by you, we will provide legal counsel and assistance to you in accordance with this letter, keep you reasonably informed of progress and developments, and timely respond to your inquiries. To enable us to effectively render services with respect to each matter for which we are engaged, you agree to fully and accurately disclose to us all facts that may be relevant to the matter and any other facts that we may otherwise request. You also agree to keep us apprised of developments relating to the matter, and to assist and cooperate with us as appropriate in dealing with the matter.

Direct Dial: 412.918.1112 e-mail: kebeck@metzlewis.com

**Term of Engagement.** You or the Firm may terminate the engagement at any time for any reason by written notice, subject on our part to applicable rules of professional responsibility. If the Firm terminates the engagement, we will take such steps as are reasonably practicable to protect your interests. Unless previously terminated, our representation will terminate upon our sending our final statement for services rendered. Following such termination, any otherwise nonpublic information supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional responsibility. If, upon such termination you wish to have any documents delivered to you, please advise us in writing. Otherwise, all such documents will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents retained by us.

**Fees, Disbursements and Other Charges.** Our fees will be based on the amount of time spent on your matter by the Firm's attorneys, paralegals, and other staff members. Each attorney, paralegal, and billable staff member has an hourly billing rate based generally on his or her experience and expertise.

We have agreed upon an hourly rate fee of $375.00. Additionally, any work performed by a paralegal will be billed at a rate of $150.00.

Current billing rates for my colleagues at the Firm are as follows: (i) partners are between $350 and $695 per hour; (ii) associates are between $235 and $375 per hour; and (iii) paralegals are between $140 and $265 per hour. These rates are adjusted from time to time (typically, each January) to reflect increased experience and expertise of the attorneys and paralegals and inflationary cost increases affecting our practice, and the adjusted rates will apply to all services performed thereafter.

Our bills will include expense charges for performing services, such as messenger and delivery service, computerized research, travel, charges paid to third parties, and search and filing fees at our actual costs.

**Conflicts.** Many of the Firm's clients rely upon us for general representation. Although we hope it never happens, it is possible that an adverse relationship (including litigation) may develop in the future between you and one of our other clients. If the Firm is not representing you in that matter and the matter is not substantially related to our representation of you and the matter in which you and another client have adverse interests are not substantially related to our representation of you as described above, we may ask that you agree that we may represent the other client, subject to our discussion with you prior to undertaking such a representation.

**File Retention/Destruction.** As part of our ongoing effort to manage administrative burdens and expenses, while protecting a client's interest in confidentiality and access to file materials, the Firm has developed a written policy concerning file retention and destruction. This policy details, among other things, the amount of time we will retain your file prior to destroying

it. Copies of the entire policy will be made available with reasonable promptness following our receipt of your request. If you wish to review the policy, please let us know.

One of the most significant components of the policy deals with the amount of time we will retain your file following the conclusion of our representation. At the conclusion of this matter (whether due to fulfillment of the engagement, termination of the relationship, withdrawal as counsel, or otherwise), we will generally retain your file for a period of seven years. Certain files will be retained for longer than seven years in accordance with the Firm's policy. At the expiration of such period, we will destroy the file without further advance notice to you.

Of course, you have the right to take possession of your file at any time prior to the conclusion of the applicable retention period. If you wish to take possession of your file, please notify us in writing of same. We reserve the right to charge reasonable out of pocket or other costs associated with researching, retrieving, copying, and delivering such files. If any questions arise concerning the policy, please let us know.

Please confirm your acceptance of this letter by signing below and return it to me via email at kebeck@metzlewis.com. Upon your acceptance, these terms and conditions will apply retroactively to the date we first performed services on your behalf. If this letter is not signed and returned, you will still be obligated to pay us the reasonable value of any services we may have performed on your behalf.

We are pleased to have this opportunity to be of service and to work with you.

**I have read and understand the terms and conditions set forth in this letter and agree to the representation by the Firm pursuant to the terms and conditions set forth in this letter.**

ROSEMARY CRAWFORD, CHAPTER 7 TRUSTEE

Dated: 5/28 ___, 2026 ______________________________