Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

46

In re:

Bankruptcy Case No.: 25−23384−JCM

Chapter: 7

**Realogic Solutions LLC**
92−1870055
Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **October 8, 2026**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 7/30/26

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-23384-JCM

Realogic Solutions LLC Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: admin Page 1 of 3

Date Rcvd: Jul 30, 2026 Form ID: 154 Total Noticed: 35

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Realogic Solutions LLC, 19111 Detroit Road, Suite 302, Rocky River, OH 44116-1740 |
| sp | + | Keri P Ebeck, Metz Lewis Brodman Must OKeefe, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 16668577 | | 404DATA SAS, CR 46 #75SUR 214 APT 1601, Sabaneta, Antioquia, Colombia, CR 46 #75SUR 214 APT 1601 |
| 16627000 | + | Christopher Flaesch, 10304 Elizabeth Street, Great Falls, VA 22066-2921 |
| 16634816 | + | Cynthia Frazier, 4824 Crumb Cake Drive, Keller, TX 76244-4626 |
| 16634814 | + | David Joyner, 1063 Valley View Circle, Sevierville, TN 37876-0354 |
| 16627001 | + | David Panesso, c/o David N. Truman, Esq., 4700 Rockside Road, Independence, OH 44131-2155 |
| 16627002 | + | Erik Sobkiewicz, 19 N. Jefferson Street, Carthage, NY 13619-1179 |
| 16618231 | | Grid Market LLC, c/o Anh Regent, Esq., 500 Lovell Blvd., Suite 225, Houston, TX 77006 |
| 16618232 | + | Itria Ventures LLC, c/o Patrick A. Walsh, Esq., 200 Public Square, Suite 3000, Cleveland, OH 44114-2381 |
| 16634813 | + | James Brian Joyner, 434 Murphy Road, Maryville, TN 37801-0964 |
| 16619598 | | Joel Sebastian Quintero Pardo, Av cra 28 # 40a-91, Apto 401, Bogota, Colombia 111311 |
| 16627003 | | John Burke, 2263 Hill Lande, Batavia, IL 60510 |
| 16634140 | + | Justin Price, 106 Britain Cir, Lafayette, LA 70508-7161 |
| 16634811 | + | Krutch Software Inc., 5830 E 2nd Street, Ste 7000 #24249, Casper, WY 82609-4308 |
| 16618233 | + | Laura Ruggiero, c/o Donald A. Mausar, Esq., 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 16618234 | + | LendBug LLC, c/o James E. Trudell, Esq., 945 Hopmeadow Street, Simsbury, CT 06070-1865 |
| 16627005 | + | Martin Disterheft, 174 Edgemere Way S., Naples, FL 34105-7135 |
| 16618235 | | Meged Funding Group, c/o Yeshaya Gorkin, Esq., P.O. Box 605, New York, NY 10038 |
| 16627006 | + | Michael Richard, 53208 Weeping Willow Court, South Lyon, MI 48178-8380 |
| 16634815 | | Mike Keating, 228 Locust Drive, Clifton, NJ 07013 |
| 16618236 | + | PNC Bank, N.A., c/o Thomas, Trattner & Malone, LLC, 1653 Merriman Road, #203, Akron, OH 44313-5287 |
| 16618237 | + | PNC Bank, National Association, c/o Robert B. Trattner, Esq., 1653 Merriman Road, #203, Akron, OH 44313-5287 |
| 16618238 | + | Proventure Capital LLC, c/o John T. Szalan, Esq., 195 Church Street, 13th Floor, New Haven, CT 06510-2009 |
| 16618239 | + | Ramp Financial, 28 West 23rd Street, New York, NY 10010-5204 |
| 16627007 | + | Richard E. McDonald, 642 Schenley Road, Leechburg, PA 15656-7205 |
| 16618240 | + | Tenthly, 200 E Las Olas Blvd., Suite 142, Fort Lauderdale, FL 33301-2299 |
| 16634812 | + | Trend Designers LLC, 6056 County Road 35, Auburn, IN 46706-9129 |
| 16618241 | + | Unique Funding Solutions LLC, c/o Joshua Kesselman, Esq., 1855 Griffin Road -- DCOTA Suite A350, Dania, FL 33004-2210 |
| 16627008 | + | William Bangert, 284 Belleair Drive NE, Saint Petersburg, FL 33704-2435 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jul 31 2026 05:28:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 16618224 | + | Email/Text: bk@dfogelpc.com | Jul 31 2026 01:43:00 | Advance Servicing Inc., c/o David Fogel, Esq., 1225 Franklin Avenue, Suite 201, Garden City, NY 11530-1890 |
| 16618227 | + | Email/Text: kmulligan@credibly.com | Jul 31 2026 01:44:00 | Credibly of Arizona LLC, Austin J. Miller, Esq., |

| | | | |
|---|---|---|---|
| | | | 1501 W. Fountainhead Pkwy., Suite 630, Tempe, AZ 85282-1857 |
| 16618229 | ^ MEBN | Jul 31 2026 01:36:52 | G and G Funding Group LLC, c/o Issac H. Greenfield, Esq., 2 Executive Boulevard, Suite 305, Suffern, NY 10901-8219 |
| 16618242 | + Email/Text: chris@ucfunding.com | Jul 31 2026 01:43:00 | United Capital Funding LLC, 146 2nd Street N #200, Saint Petersburg, FL 33701-3361 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 16641301 | | DARLYN MELISSA FERRER BETANCOURTH, CRA 98B 60 115 CONJ ZAFIRO |
| 16618228 | | Erik Britt-Webb |
| 16628060 | | Euris Ramon Diaz De La Cruz, Calle Aguzto Diaz #15, La Pared, Bajo de, Calle Aguzto Diaz #15, La Pared, Bajo de |
| 16627119 | | Rene Mauricio Mendoza Moreno, Cra 4 # 1 46 Sur T10304, Cra 4 # 1 46 Sur T10304 |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 16618225 | *+ | Advance Servicing, Inc., c/o David Fogel, Esq., 1225 Franklin Avenue, Suite 201, Garden City, NY 11530-1890 |
| 16618230 | *+ | G&G Funding Group LLC, c/o Issac H. Greenfield, Esq., 2 Executive Boulevard, Suite 305, Suffern, NY 10901-8219 |
| 16627004 | *+ | Laura Ruggiero, c/o Donald A. Mausar, Esq., 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 16618226 | ##+ | Austin Business Finance, LLC, Chris Mundt, Esq., 4853 Williams Drive, Suite 111, Georgetown, TX 78633-2327 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Fuchs | on behalf of Debtor Realogic Solutions LLC dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Justin M. Tuskan | on behalf of Creditor PNC Bank National Association jtuskan@metzlewis.com, ldecker@metzlewis.com |
| Keri P. Ebeck | on behalf of Trustee Rosemary C. Crawford kebeck@metzlewis.com btemple@metzlewis.com |
| Keri P. Ebeck | on behalf of Debtor Realogic Solutions LLC kebeck@metzlewis.com btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert B. Trattner | on behalf of Creditor PNC Bank National Association rtrattner@ttmlaw.com |

| | |
|---|---|
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 8